IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No. 1:07-cr-00429-REB-23

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. ARTHUR LO,
2. ANDREW LO,
3. DEBRA LEE,
4. NICHOLAS SORASAVONG,
5. TELI LO,
6. KAZUHIRO HASHIMOTO,
7. SOKCHEAT CHHAY,
8. ALICIA PENKHAY,
9. VINH LONG TRONG THAN,
    a/k/a "Vinnie,"
10. CHRISTOPHER OLIVAS,
11. DAVID CHUNG,
12. XUAN BUI
    a/k/a "Uncle Sonny,"
13. PHI HAI HOANG NGUYEN,
    a/k/a "Hai,"
14. HIEU HOANG PHAN,
15. CYRIL KIM,
    a/k/a "Rook,"
16. VIET NGUYEN,
17. HOANG KIM LY,
18. BAO LE,
19. LAWRENCE BLASI,
20. THANH TRANG NGUYEN,
    a/k/a "Gigi,"
21. RATTHAPHO PHOMMATHA,
    a/k/a "Po,"
22. SUNGWON KIM,
23. **BANG VIET LE,**
24. QUAN HOANG NGUYEN,
25. ANTHONY WILSON,
26. QUINTILIAN MINHQUAN HUYNH, and
27. DINH VO,

    Defendants.

## WRIT ORDER

On Defendant Bang Viet Le's Petition for Writ of Habeas Corpus, it is

ORDERED that a Writ of Habeas Corpus issue from this Court, directing the Sheriff of Las Animas County, Colorado, to bring Bang Viet Le, d/o/b 07/26/79, to the Federal Correctional Institution, 9595 West Quincy Avenue, Littleton, CO 80123, before August 31, 2009. Defendant Bang Viet Le shall remain in federal custody until this matter is resolved by plea or trial.

DATED: 8/17/09

BY THE COURT:

_Michael E. Hegarty_
U.S. District Court Judge